**SO ORDERED.**

**SIGNED June 1, 2018.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### ORDER GRANTING MOTION FOR ENTRY
### OF FINAL DECREE IN CERTAIN CASES

The *Motion for Entry of Final Decree in Certain Cases* [P-729] (the "Motion") filed by

Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00362081-1}

LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC, as reorganized debtors (collectively, the "Moving Debtors"), seeking a determination that the Moving Debtors' cases have been fully administered within the meaning of section 350(a), and an order of final decree closing the cases, came for hearing before this Court on May 15, 2018 at 10:00 a.m.

Considering the Motion, and no objections being filed, the Court hereby finds as follows:

1. Notice has been properly given herein and no other or further notice is required.

2. On December 1, 2017, this Court entered an order [P-576] confirming the *Debtors' Joint Chapter 11 Plan of Reorganization as of November 29, 2017* [P-573] (hereinafter referred to as the "Plan")[2]. The Plan became effective on December 12, 2017 [P-589]. The Plan as to the Moving Debtors has been fully administered within the meaning of section 350(a).

**IT IS HEREBY ORDERED** a final decree is hereby entered and the following cases are hereby closed:

Knight Oil Tools, LLC (Case No. 17-51015); Knight Manufacturing, LLC (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (Case No. 17-51017); Tri-Drill, LLC (Case No. 17-51018); Advanced Safety & Training Management, LLC (Case No. 17-51019); Knight Security, LLC (Case No. 17-51020); Knight Information Systems, LLC (Case No. 17-51021); El Caballero Ranch, Inc. (Case No. 17-51022); Rayne Properties, LLC (Case No. 17-51023); Knight Aviation, LLC (Case No. 17-51024); Knight Research & Development, LLC (Case No. 17-51025); Knight Family Enterprises, LLC (Case No. 17-51026); HMC Leasing, LLC (Case No. 17-51027); and HMC Investments, LLC (Case No. 17-51029).

**IT IS HEREBY FURTHER ORDERED** that the Clerk's Office shall enter a copy of

---

[2] Capitalized terms not defined herein are as defined in the Plan.
{00362081-1}

this order in the docket for each of the closed cases.

**IT IS HEREBY FURTHER ORDERED** that notwithstanding the closing of the Moving Debtors' cases, the Court shall retain jurisdiction over and the estate of Knight Energy Holdings, LLC, the main case (Case No. 17-51014), shall remain open to the fullest extent provided for under the Plan, including, but not limited to, the following: (a) objecting to Claims, (b) resolution of all pending objections to Claims, (c) resolution of any matters related to Executory Contracts or Unexpired Leases; (d) ensuring distributions to holders of Allowed Claims are accomplished pursuant to the Plan and adjudicating any disputes arising from or related to such distributions; (e) resolution of any motions, applications, adversary proceedings, contested or litigated matters pending on the Effective Date, (f) entering and implementing such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of (i) contracts, instruments, releases, indentures, and other agreements or documents approved by Final Order in the Chapter 11 Cases and (ii) the Plan, the Confirmation Order, and contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Plan; (g) resolution of any matters affecting the Distribution of funds under the Plan, (h) enforcing any order for the sale of property; (i) granting any consensual request to extend the deadline to assume or reject Unexpired Leases; (j) issuing injunctions, entering and implementing other orders, or taking such other actions as may be necessary or appropriate to restrain interference by any entity with Consummation or enforcement of the Plan; (k) hearing any cases, matters, controversies, suits, disputes, Causes of Action in connection with the Plan; (l) entering and implementing such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked or vacated; (m) considering any modifications to the Plan, to cure any defect or omission or to reconcile any inconsistency in the

{00362081-1}

Bankruptcy Court order, including the Confirmation Order; (n) hearing and determining matters concerning state, local and federal taxes in accordance with section 346, 505, and 1146 of the Bankruptcy Code; (o) entering an order or final decree in the KEH main case; (p) enforcing all orders previously entered by the Bankruptcy Court; and (q) hearing any matter not inconsistent with the Bankruptcy Code or applicable law.

# # #

This Order was prepared and is being submitted by:

William H. Patrick, III (LA #10359)
Tristan Manthey (LA #24539)
Cherie D. Nobles (LA #30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504.299.3300
Facsimile:  504.299.3399
Email: wpatrick@hellerdraper.com
Email: tmanthey@hellerdraper.com
Email: cnobles@hellerdraper.com
**COUNSEL FOR MOVING DEBTORS**